IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARBARA JEAN DENNIS | § | CASE NO. 09-26164-BAM-13 |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE MARKELL, BRUCE A. |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**American Home Mortgage Servicing, Inc**
**4875 Belfort Road, Suite 130**
**Jacksonville, Florida 32256**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7417-N-0643
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for American Home Mortgage Servicing, Inc

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 14, 2009:

**Debtors' Attorney**
Barbara Jean Dennis
Debtor Pro Se
8665 BELHAVEN
LAS VEGAS, NV  89147

**Chapter 13 Trustee**
Rick A. Yarnall
701 Bridger Ave #820
Las Vegas, Nevada 89101

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

/s/ Hilary B. Bonial

Hilary B. Bonial

7417-N-0643
noaelect