Barbara Dennis  8665 West Flamingo Road, Suite #131-417, Las Vegas, NV  89147
Bankruptcy #09-26164 Trustee: Rick A. Yarnall  Judge: Bruce A. Marshell

To the Honorable Judge Bruce A. Marshell

Reference Bankruptcy Case 09-26164
Debtor: Barbara Dennis  XXX-XX-1564

Comes now, Barbara Dennis, with the payment plan for the residence at 1304 Kokopelli, Edinburg Texas 78541 Lender:  ASC (America's Servicing Company) and the second mortgage is with Saxxon Mortgage.

Background:

This first loan is an adjustable rate loan with 4 payments each month to select from; however the payment is fixed for 5 years and then it adjusts to the current interest rate at that time.  It is quite low now due to the decrease in the bond markets that it is tied to.  The loan amount includes principal, interest, taxes, and insurance.  The second mortgage is fixed and at almost 13% interest.  I do not have the payoff amount available on either loan.  Payments for both the first and second is $1155.00/month and this includes PITI.

I contacted the ASC company when the tenants lease was up and they moved out on May 31, 2009, without paying their last month's rent.  They were also notified of my loss of job.  The management company has it leased out as of September 1, 2009, and the tenants are interested in purchasing the home.  They have enrolled in credit repair and should be able to qualify for a loan within 12 months.  They have signed a sales contract.

The first payment was due on September 1, 2009 in the amount of $1155.  This first month's payment goes to pay the leasing fee.  The October payment goes to pay the HOA and the water, power, landscaping, painting, carpet cleaning, and lock changes.  The management company paid up front for these items and I agreed they would be reimbursed from the rents collected.

The lease is one year and expires on August 31, 2010 with an option to purchase the property at the appraised value at the time of purchase.  This price would cover both the first and second mortgages on the property because this market has not dropped in value as other markets have.

Included in the rental amount are the property management fees and a repair allowance.

For the past due payments and the current payments to be caught up, if the interest rate could be lowered to 2% for 12 months on both the first and second mortgages, this would make the past due balance and the current payments easy to catch up from the rental amounts.

The management company makes the payments directly to the lender so they know they were made and no tenants get foreclosed on.  They send me the payment information.

Barbara Dennis  8665 West Flamingo Road, Suite #131-417, Las Vegas, NV  89147
Bankruptcy #09-26164/Trustee Rick A. Yarnall  Judge:  Bruce A. Marshell

Lease dates:  September, 2009 to August 31, 2010 with option to buy

Rental amount $1155 per month (tenants directly deposit into the bank of American into their account and mgmt company in turn send out the payments to be received on or before the due date with a copy to me as proof of the payment)

Expenses:
Management fee:  10% (115.50)

Landscaping (NONE) per month

HOA dues NONE

Repair allowance 5%  ($58.00)/month  held on account for any repairs needed.

Total available for payments from rental is $981.50 per month.  This would almost cover the current payment, but not the past due payments.  If the interest rate were reduced to 2% for 24 months on both the first and second mortgages, that would make the payment for both the first and second $390 (P&I) (approximate amount of payment) and the balance of the rents could go to pay the past due payments.  The payment would also need to include the taxes and insurance, which is not shown above.

Motion:

1. Remove/set aside all late fees, past due fees, and other charges.

2. Set aside all past due payments as a separate "loan" to be paid on each month with a separate payment so it can be monitored to insure all payments are posted correctly and not manipulated to pad the lenders pockets with excessive fees and administrative charges.  A 2% interest on this past due payments loan is also requested.

3. Reduce the interest rate on the mortgage to 2% for 24 months and then thereafter to 5% for the remainder of the term for both first and second mortgages.  Fixed rate since it will be due to adjust at that time.

4. Allow the management company in Texas to collect and pay the mortgage payments directly to the lender because it is impossible for the court to manage property out of state.

5. Let the first payment be November 1, 2009.  (September payment is the leasing fee paid to the leasing agent)  (October is to be used for costs incurred by property management company to get it ready to rent and during vacancy for water, power, alarm, landscaping, lock rekeys for new tenants.  They understood my situation of no cash flow

Barbara Dennis  8665 West Flamingo Road, Suite #131-417, Las Vegas, NV  89147
Bankruptcy #09-26164/Trustee Rick A. Yarnall  Judge:  Bruce A. Marshell

and were helpful with paying for these services for me so the grass would not die and the home was not in any danger due to no power.

6. Remove all derogatory credit reporting and update credit report to state paying as agreed because the past due payments are now being set aside and paid as a separate loan. Therefore, they are no longer past due.

Signed this 13th day of September, 2009

*[signature]*

Barbara Dennis

cc:  FBN Financial Company DBA McAllen Property Services
808 South Shary Road
Ste. #5 – 278
Mission, Texas  78577
Email:  FBNFinancial@gmail.com