BARBARA DENNIS, PRO SE
8665 WEST FLAMINGO
#131 BOX 417
LAS VEGAS, NV  89147

RECEIVED & FILED

Nov 9  1 23 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

FEDERAL BANKRUPTCY COURT, CLARK COUNTY, NEVADA

JUDGE BRUCE A. MARKELL AND TRUSTEE RICK A. YARNELL

| | |
|---|---|
| In re the BANKRUPTCY of:<br><br>BARBARA DENNIS,<br><br>    Petitioner,<br><br>and<br><br>AMERICA'S SERVICING COMPANY (ASC), AHMSI, AURORA LOAN, BANK OF AMERICA (FORMERLY COUNTRYWIDE), GMAC HOME LOANS, SAXON MORTGAGE, ALL OTHERS<br><br>    Respondent | Case No.: No. 09-26164-bam<br><br>MOTION TO STRIP AWAY ALL PAST DUE INTEREST AND OTHER FEES CHARGED<br><br>MOTION TO SET ASIDE ALL PAST DUE PAYMENTS IN A SEPARATE ACCOUNT AND HAVE THE FIRST PAYMENT DUE NO EARLIER THAN JUNE 2010<br><br>MOTION TO ALLOW ZERO INTEREST ON THE PAST DUE PAYMENTS DURING REPAYMENT TERM<br><br>MOTION TO ALLOW DIRECT PAYMENTS TO LENDERS FROM PROPERTY MANAGEMENT COMPANIES. |

### MOTION TO STRIP AWAY ALL PAST DUE INTEREST AND OTHER FEES CHARGED

COMES NOW, Barbara Dennis, Pro Se, and requests the court strip away all past due interest, late fees, attorney fees, and other miscellaneous fees charged to the loan accounts on file with this court.

ARGUEMENT - 1

**ARGUMENT**

By stripping away the unnecessary fees, it allows only the actual past due amount due to be calculated without dubious fees that are not actually necessary.  Let this serve as a punishment for the lender's failure to work with me per the President's instructions to all lenders to stop the foreclosures.  Now, that I filed for bankruptcy protection, the lenders send lots of letters asking for my attorney release to speak to them directly and plenty of helpful "we want to help you with your mortgage" letters; however, they "had nothing" for me when I let them know of the hardship because of the loss of job, loss of income, and death of business partner, all three of which were qualifying events.

The lenders will suffer no great loss or harm.  These are just fees added by the computer and are just a normal cost of doing business, which they need to absorb for their actions.

THEREFORE, I request the court so order this motion.

Dated this 9th day of November, 2009

*[signature]*

BARBARA DENNIS, PRO SE
8665 WEST FLAMINGO
#131 BOX 417
LAS VEGAS, NV  89147

### MOTION TO SET ASIDE ALL PAST DUE PAYMENTS IN A SEPARATE ACCOUNT AND HAVE THE FIRST PAYMENT DUE NOT EARLIER THAN JUNE 2010.

### MOTION TO ALLOW ZERO INTEREST ON THE PAST DUE PAYMENTS DURING REPAYMENT TERM

COMES NOW, Barbara Dennis, Pro SE, and requests that once the fees have been removed, and the correct amount past due mortgage payment (P&I) has been agreed upon, that the court set aside the past due mortgage payments, as a separate account/entity. I also request the court so order that there will be no repayment of the escrow amounts that were due and included in some loan payment amounts. Only the past due loan amount of the Principal and Interest portion of the payments shall be paid. In addition, I ask the court allow the past due payments to be repaid without any additional interest charged by the lender. This past due amount shall be a zero interest loan. The past due P&I mortgage payment amount shall be paid, with the first payment being due no sooner than June 2010 and no later than December 31, 2010, to allow the borrower/me to be able to make up the past due P&I payments without additional hardship.

### ARGUEMENT

By setting aside into a separate account the past due payments will allow for easy tracking of the repayments so no errors can be made by the lenders. This will allow the payments due now, to be posted correctly, without regard to anything in the past. Lenders are notorious for posting to all late fees, past due payments and a host of other fees so the amounts paid

1  are never credited to the payment, and then the lender can
2  foreclose on the property.  To learn more about this with full
3  explanations by attorneys read the website
4  http://www.msfraud.org/howtheysteal.html
5       THEREFORE, I request the court so order this motion.

                                    Dated this 9th day of November,
                                    2009

                                    *[signature: Barbara Dennis]*
                                    BARBARA DENNIS, PRO SE
                                    8665 WEST FLAMINGO
                                    #131 BOX 417
                                    LAS VEGAS, NV  89147

1  **SIDEBAR---FOR JUDGE, TRUSTEE, and BANKRUPTCY FRAUD DIVISION**

2  http://www.msfraud.org/howtheysteal.html

3  Since these procedures so noted on the website cause so many to
4  be in the bankruptcy system, or losing homes due to the
5  servicing industry fraud, the mortgage servicing industry should
6  be audited without notice to see that these actions by servicing
7  companies do exist and have brought harm to millions of
8  homeowners. These companies are NOT regulated by any agency so
9  someone needs to investigate this and get these illegal and
10 criminal actions stopped.  ACTION REQUESTED: I pray the court
11 order its agency of bankruptcy oversight and fraud division to
12 investigate these illegal practices by servicing entities in
13 your court now and put an end to the scams.  Please help
14 Americans everywhere who have been harmed by these practices.
15 AHMSI, ASC, Countrywide/Bank of America are three of the worst
16 offenders.  Therefore, I pray the court can find a way to assist
17 in the removal of such activity.

## MOTION TO ALLOW DIRECT PAYMENTS TO LENDERS FROM PROPERTY MANAGEMENT COMPANIES

COMES NOW Barbara Dennis, Pro Se, and requests the court allow the current mortgage payments to be made outside of the bankruptcy court and directly to the lenders, with proof of payments sent to the court trustee to evidence payments were made and on time.

Payments for Texas properties will be made by FBN Financial and in Nevada by Real Estate Angels. Since it will not make a difference to the lenders who pays them, there is no reason not to grant this motion.

THEREFORE, I request the court so order this motion.

Dated this 9th day of November, 2009

*Barbara Dennis* (signature)
BARBARA DENNIS, PRO SE
8665 WEST FLAMINGO
#131 BOX 417
LAS VEGAS, NV  89147