1  Jeremy T. Bergstrom, Esq.                                      E-filed on November 20, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-96299

5  Attorneys for Secured Creditor
   BAC HOME LOAN SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-09-26164-BAM |
|---|---|
| BARBARA JEAN DENNIS, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOAN SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

   Jeremy T. Bergstrom, Esq.
   MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
   Henderson, NV  89052
   PH (702) 369-5960

                         MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   November 20,        By:   /s/ Jeremy T. Bergstrom, Esq.
         2009                      _____
                                   Jeremy T. Bergstrom, Esq.
                                   Attorney for Secured Creditor

1

1 **CERTIFICATE OF MAILING**

2     The undersigned hereby certifies that on <u>November 20, 2009</u>, a copy of the

3 **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4 true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5 States Mail, addressed as follows:

6 DEBTOR:
Barbara Jean Dennis
7 8665 Belhaven
Las Vegas, NV 89147
8
CHAPTER 13 TRUSTEE:
9 Rick A. Yarnall
701 Bridger Ave. #820
10 Las Vegas, NV  89101

11     I declare under penalty of perjury under the laws of the State of Nevada that the

12 foregoing is true and correct.

13                                               /s/  Michelle Benson
                                                    An Employee of Miles, Bauer, Bergstrom & Winters, LLP
14 **(09-96299/rfsnlv.dot/mlb)**